ROWE INCORPORATED, Appellant,

v.

Thurman M. DAVIS, Sr., Acting Administrator, General Services Administration, Appellee.

No. 00–1277.

United States Court of Appeals, Federal Circuit.

DECIDED: March 15, 2001.

Before NEWMAN, RADER, and GAJARSA, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36